1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Barrie Dempsey

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08MJ1397
                                      )
12 |          Plaintiff,              )
                                      )
13 | v.                               )  **CERTIFICATE OF SERVICE**
                                      )
14 | BARRIE DEMPSEY,                  )
                                      )
15 |          Defendant.              )
   |_____)

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                      U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov; and
20
                       Robert E. Schroth, Jr.
21         robschrothesq@sbcglobal.net,gershtheman@yahoo.com

22                              Respectfully submitted,

23

24 DATED:    May 8, 2008              /s/ Gregory T. Murphy
                                      **GREGORY T. MURPHY**
25                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Barrie Dempsey
26

27

28