RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAY 12  A 11: 12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff           )<br>                                      )<br>         vs.                        )<br>                                      )<br> Barrie Dempsey         )<br>            Defendant(s)       )<br>                                      ) | CRIMINAL NO. 08mj1397<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

                                                                    CATHY ANN BENCIVENGO

        On order of the United States District/Magistrate Judge,

        IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Antonio-Gaspar

DATED: 5/12/2008

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
                    by
                          Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082